# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| **RODNEY ROSCOE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | ) | 4:19-cv-40-HLM |
| **SANTANDER CONSUMER USA, INC., d/b/a CHRYSLER CAPITAL LLC,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Santander Consumer USA Inc. d/b/a Chrysler Capital LLC ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Rodney Roscoe against Defendant in this matter.

Defendant, therefore, requests that this Honorable Court give the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 25th day of July, 2019.

                                            *s/ R. Frank Springfield*
                                            R. Frank Springfield
                                            Georgia Bar No. 316045
                                            fspringf@burr.com
                                            Rachel R. Friedman

Georgia Bar No. 456493
rfriedman@burr.com
BURR & FORMAN, LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia  30363
Telephone:  (404) 815-3000
Facsimile:  (404) 817-3244

Attorneys for Defendant
SANTANDER CONSUMER USA, INC. D/B/A
CHRYSLER CAPITAL

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **NOTICE OF SETTLEMENT** has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1C.

*s/ R. Frank Springfield*
R. Frank Springfield
Georgia Bar No. 316045
fspringf@burr.com

BURR & FORMAN LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2019, I served the foregoing **NOTICE OF SETTLEMENT** to the following counsel of record via CM/ECF Notice of Electronic Filing:

Octavio "Tav" Gomez, Esq.
Morgan & Morgan, Tampa, P.A.
201 N. Franklin St., 7th Floor
Tampa, FL 33602
tgomez@forthepeople.com

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

*s/ R. Frank Springfield*
R. Frank Springfield
Georgia Bar No. 316045
fspringf@burr.com