## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

RODNEY ROSCOE,

      Plaintiff,

-vs-                                   CASE NO.:  4:19-CV-40-HLM

SANTANDER CONSUMER USA,
INC., d/b/a CHRYSLER CAPITAL
LLC,

      Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Rodney Roscoe, and the Defendant, Santander Consumer USA, d/b/a Chrysler Capital LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

    Respectfully submitted this 26th day of September, 2019.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ R. Frank Springfield* |
| Octavio "Tav" Gomez, Esquire | R. Frank Springfield |
| Georgia Bar #: 617963 | BURR & FORMAN LLP |

Morgan & Morgan, Tampa, P.A.
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
tgomez@forthepeople.com
fkerney@forthepeople.com
mmartinez@forthepeople.com
*Attorney for Plaintiff*

Rachel R. Friedman
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia
rfriedman@burr.com
fspringf@burr.com
*Attorneys for Defendant*